

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**Sep 28, 2009**

FILED
CLERK'S OFFICE

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-7)**

On June 10, 2009, the Panel transferred three civil actions to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* 626 F.Supp.2d 1333 (J.P.M.L. 2009).  Since that time, eight additional actions have been transferred to the Southern District of Florida.  With the consent of that court, all such actions have been assigned to the Honorable James Lawrence King.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge King.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of June 10, 2009, and, with the consent of that court, assigned to the Honorable James Lawrence King.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Oct 14, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jeffery N. Lüthi
Clerk of the Panel

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION                                              MDL No. 2036

## SCHEDULE CTO-7 - TAG-ALONG ACTIONS

**DIST.    DIV.    C.A. #        CASE CAPTION**

CALIFORNIA NORTHERN
  CAN      4       09-3250       Cynthia Larsen v. Union Bank, N.A., et al.

MARYLAND
  ~~MD       1       09-2207       Maxine Aarons Given v. M&T Bank Corp.~~ **Opposed 10/13/09**

NORTH CAROLINA MIDDLE
  ~~NCM      1       09-619        Doris Powell-Perry v. Branch Banking & Trust, Inc., et al.~~
  **Opposed 10/14/09**

TEXAS EASTERN
  ~~TXE      9       09-146        James E. Spikes, et al. v. Regions Bank~~ **Opposed 10/14/09**



Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By _Gracie Gomez_
Deputy Clerk
Date **10/20/09**